**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**EION D'ANJOU & GAYRAUD TOWNSEND,**

                Plaintiffs,         Civil No.: 5:05-CV-0723 (GLS)

    v.

**THE CITY OF ITHACA, NEW YORK; MELISSA HARMON; PETER K. WORKMAN; and KEITH WORKMAN d/b/a ADVANCED CONFIDENTIAL SECURITY AND INVESTIGATIONS,**

                Defendants.
_____

| **APPEARANCES:** | **OF COUNSEL:** |
|---|---|
| **FOR THE PLAINTIFFS:** | |
| LOPINTO, SCHLATHER LAW FIRM<br>P.O. Box 353<br>200 East Buffalo Street<br>Ithaca, New York 14851 | RAYMOND M. SCHLATHER, ESQ. |
| **FOR THE CITY DEFENDANTS:** | |
| SHEA, STOKES LAW FIRM<br>1405 Hanshaw Road<br>Ithaca, New York 14850 | PAUL E. WAGNER, ESQ. |
| **FOR THE WORKMEN DEFENDANTS:** | |
| COSTELLO, COONEY LAW FIRM | PAUL G. FERRARA, ESQ. |

205 South Salina Street
Syracuse, New York 13202

**Gary L. Sharpe
U.S. District Judge**

## ORDER

This matter comes before the court following a hearing today addressing a motion to remand brought by the plaintiffs in the instant action. *See Dkt. No. 4.* In that hearing, the court issued an oral decision remanding all of plaintiffs' claims, including those claims grounded in federal law, to the Tompkins County Supreme Court. In summary, the court **ORDERED** that:

1)  the Clerk of the court **REMAND** this case in its entirety to the Tompkins County Supreme Court and serve a copy of this Order upon the parties and the state court.

November 17, 2005
Albany, New York

_____
Gary L. Sharpe
U.S. District Judge